## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Norah Flaherty | ) | |
| | ) | Case No.   23 C 1990 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Hello Products, LLC | ) | |

## ORDER

    The court lacks subject-matter jurisdiction over this case.  The case is therefore remanded to the Circuit Court of Cook County.  The pending motion to dismiss, [18], is denied as moot.  Enter Memorandum Opinion and Order.  Civil case terminated.

Date:  March 31, 2025                                                                        /s/ Martha M. Pacold